# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 24, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150964

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

MELVIN DARNELL ANDERSON,
    Defendant-Appellant.

SC: 150964
COA: 324044
Oakland CC: 2004-197904-FH

_____/

On order of the Court, the application for leave to appeal the January 6, 2015 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 24, 2015



Clerk

s1116